JOHN H. THOMAS *vs.* PETER THOMPSON and another.

May 26, 1886.

Evidence *held* sufficient to sustain the findings of fact.

Appeal by defendants from a judgment of the district court for Nobles county, where the action, which was brought to recover the price of certain rakes sold to defendants, was tried before *Perkins*, J., without a jury.

*Daniel Rohrer*, for appellant.

*Geo. W. Wilson*, for respondent.

GILFILLAN, C. J.   There is no material question of law in this case; for defendants having agreed to buy the rakes, and pay for them at a specified time, it is immaterial whether, by the terms of the contract, the title vested in them on delivery of the articles.   The findings of fact justify the judgment, and the evidence sustains such findings.

Judgment affirmed.